ROBERT LYNN v. BONNIE LYNN.

April 27, 1982.

Certification to the Superior Court, Chancery Division, Matrimonial Part (Bergen County), is granted.

JOHN SALORIO v. SIDNEY GLASER, DIRECTOR, OF THE DIVISION OF TAXATION, DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY.

April 27, 1982.

Certification to the Superior Court, Chancery Division, granted.

SOUTH PLAINFIELD BOROUGH v. KENTILE FLOORS, INC.

May 3, 1982.

Petition for certification granted. (See 183 *N.J. Super.* 359)

STATE OF NEW JERSEY v. FRED JAMES HILL.

May 3, 1982.

Petition for certification denied.